Uzi Marom
PO Box 722
20 Pike Street
Alpine, NJ  07620-0722

---

| | |
|---|---|
| In re: Uzi Marom, | : UNITED STATES BANKRUPTCY COURT |
| | : DISTRICT OF NEW JERSEY |
| Debtor. | : Chapter 7 |
| | Case No.: 09-40186-NLW |

## AFFIDAVIT OF UZI MAROM

Uzi Marom, having been duly sworn upon his oath states as follows:

1.   I am the debtor in the above matter.

2.   I certify that I have complied with the notice requirements set forth in Order of December 22, 2009 and specifically, I have mailed the appended Notice to all creditors. See attached Notice.

_____
Uzi Marom

Sworn to and subscribed
before me on this 4th day of
JANUARY, 2010

_____
(Notary)

USHA SHARMA
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES NOV. 21, 2012
I.D.# 2294283

TO: NOTICE TO CREDITORS ON APPENDED
LIST OF CREDITORS

FROM: UZI MAROM

DATE: January 4, 2010

RE: Chapter 7 Bankruptcy Case No.: 09-40186-NLW

Please see attached Notice of my Bankruptcy Case Filing.

Please note the following dated:

- Date of Filing Petition … 11/9/2009
- Date of First Meeting of creditor… 12/7/2009 adjourned to 1/8/2010
- This is a no asset case. A Proof of Claim need not be filed.
- The debtor is an individual, the deadline to file a complaint objecting to discharge of the debtor or to determine dischargeability of certain debts is 2/5/2010.
- The debtor may be examined by subpoena pursuant to ND.N.J. LBR 2004-1.

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)            Case Number 09-40186-NLW

| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT of District of New Jersey |

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/9/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Uzi Marom
P.O. Box 722
Alpine, NJ 07620-0722

| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-2385 (Uzi Marom) | United States Bankruptcy Judge:<br>Honorable Novalyn L. Winfield |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Uzi Marom<br>P.O. Box 722<br>Alpine, NJ 07620-0722<br>Telephone number: 201-750-8696 | Trustee:<br>Nicholas J. Delzotti<br>PO Box 20117<br>Newark, NJ 07101<br>Telephone number: 973-622-3464<br>The United States Trustee, Region 3 appoints the above-named individual as interim trustee as of the date of the filing of the bankruptcy petition. |

### Meeting of Creditors:

Date: **December 7, 2009**          Time: **02:00 PM**
Location: **Office of the US Trustee, Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102-5504**

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
**2/5/10**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Telephone number: 973-645-4764 | For the Court:<br>Clerk of the Bankruptcy Court:<br>James J. Waldron |
|---|---|
| Business Hours:<br>8:30 AM – 4:00 p.m., Monday – Friday (except holidays) | Date: 11/13/09 |

## EXPLANATIONS
B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Proof of Identification and Social Security Number | Important notice to individual debtors: Effective March 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. **Writing a letter to the court or the judge is not a substitute for the filing of an adversary complaint.** |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

-- Refer to Other Side for Important Deadlines and Notices --

Undeliverable Notices.    Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

Case information – telephone access.    Case summary information can be obtained from any touch tone telephone by calling the automated Voice Case Information System (VCIS) at the toll free number: 1-877-239-2547. This service is free of charge and is available 24 hours a day.

Case information – electronic access.    Case summary and docket information can be obtained from the Public Access to Court Electronic Records (Pacer) System. To register or for more information, please call the Pacer Billing Center at 1-800-676-6856 or visit the Pacer Web Site: http://pacer.psc.uscourts.gov.

Internet access.    Additional information may be available at the Court's Web Site: http://www.njb.uscourts.gov.

Bank of New York
c/o Zucker Goldberg + Ackerman
200 Sheffield Street
Mountainside, NJ 07092-2315

✓ Bank of New York
   101 Barclay Street
   9-West, New York 10286

✓ Countrywide Funding Corp.
   Countrywide Home Loan
   7105 Corporate Drive
   Plano, TX 75024-3632

→ The Bank Leumi Bank ✱
   54 Wolfson Street
   Tel Aviv, Israel ⬭

✓ Internal Revenue Service
   P.O. Box 480-Mail Stop
   Holtsville, NY 11742-0480

✓ State of New Jersey
   N.J. Department Taxation
   c/o Department of Law
   25 Market Street
   Trenton, NJ 08625-0119

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
09 DEC 11 PM 3:02
BY: JAMES WALDRON
DEPUTY CLERK

page 1 of 10

State of New York
Department of Taxation
P.O. Box 61000
Albany NY 12207

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

Afni Insurance Services
P.O. Box 20939
Ferndale, MI 48220

Amex
P.O. Box 297871
Ft. Lauderdale, FL 33329

Atlantic Mutual Insurance
P.O. Box 106
Pine Brook NJ 07058

Bertin Engineering
66 Glen Avenue
Glen Rock, NJ 07452-0307

Brennan Environmental
239 Eisenhower P'kway
Livingston, NJ 07039

Page 2 of

Capital One Bank
✓ P.O. Box 85520
  Richmond, VA 23285

Capital One Bank
✓ 10 Forest Avenue
  Paramus, NJ 07653-0914

Capital One Bank %
✓ %o Apothaker + Assoc
  520 Fellowship Road C306
  Mount Laurel NJ 08054

Bali II Cond Association
✓ %o Korshak + Associates
  8680 Commodity Circle
  Orlando, FL 32819

Bank of America
✓ P.O. Box 41003
  Norfolk, VA 23541-1003

Bank of America
✓ %o Frederich Hanna + Assoc.
  1427 Rosewall Road
  Marella, GA 30062

✓ Bank of America
  4161 Piedmont Pkway
  Greensboro, NC 27410

Bank of America
P.O. Box 1598
Norfolk, VA 23501

BEI
19 Chatam Road
Summit N.J. 07090

Bergen Orthodontics
500 Piermont Road
Suite 301
Closter, NJ 07624

Capital One Bank
P.O. Box 85520
Richmond, VA 23285

Capital One Bank
C/o Nudelman & Zering
425 Eagle Rock Avenue
Roseland, NJ 07068

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Chase
C/o First Source Advantage
205 Bryant Woods South
Amherst, NY 14228

✓ Citibank
  c/o Midland Credit Mgmt
  P.O. Box 60578
  Los Angeles, CA 90060-0578

✓ Citicards
  P.O. Box 183061
  Columbus, OH 43218-3061

✓ Citicards
  c/o Asset Acceptance
  P.O. Box 2036
  Warren, MI 48090-2036

✓ Citicards
  c/o Resurgent Capital Services
  15 S. Main St. Suite 600
  Greenville SC 29601

→ David Frehill
  Closter Dock Road
  Closter, NJ. 07624

✓ Diners Club
  P.O. Box 6241
  Sioux Falls, SD 57117

✓ Fresh + Cool
  161 Woodbine Street
  Bergenfield, NJ 07621

Page 5 of 10

Gabriel Burstein
✓ c/o Law Office Samuel Brown
205 E. Kennedy Blvd
Lakewood, NJ 08701

Tamar Cohen
✓ c/o Law Office Samuel Brown
205 E. Kennedy Blvd
Lakewood, NJ 08701

✓ Gary Siegel Architect
294 Harrington Ave
Closter, NJ 07624

Gidon Sillish
✓ 71 Mendes Street
Ramat Gan, Israel 52653

GMAC
✓ c/o Psak + Associates
127 Union Avenue
Middlesex, NJ 08846-1000

✓ GMAC
P.O. Box 2182
Greeley, CO 80632-2182

✓ Hyde School
616 High Street
Bath, ME 04530

page 60

√ Moriah School
53 South Woodland
Englewood, NJ 07631

√ NE Family Medical Ctr
Credit Bureau Assoc.
30 Massachusetts Avenue
North Andover, MA 01845-3458

√ Orange + Rockland Electric
390 West Route 59
Spring Valley, NY 10977

√ Orthopedic Assoc. of Windham County
35 Kennedy Drive
Putnam, CT 06260-1939

√ Providian/Wash Mutual
P.O. Box 660487
Dallas, TX 75266-0487

√ PSEG
P.O. Box 790
Cranford, NJ 07016-0790

√ Rainbow Transportation
20 Chestnut Street
Tenafly, NJ 07670

page 7 of 10

✓ P.O. Box 607
Westwood, NJ 07675

Snowbird Corp.
✓ 1040 South Federal Highway
Delray Beach, FL 33483

Supra
✓ 400 Fairview Industrial Dr.
Salem, OR 97302

United Water
✓ 69 DeVoe Place
Hackensack NJ 07601

Verizon NJ
✓ P.O. Box 4830
Trenton, NJ 08650-4830

Verizon NJ
c/o Afni Inc
✓ 404 Brock Drive
P.O. Box 3427
Bloomington, IL 61702-3427

✓ William Chambers, MD
✓ 1120 Park Avenue
New York, NY 10128

page 8 of 10

Gary Jugenheimer
c/o Mark Hadid
31 Legion Drive
Bergenfield, NJ 07621

World Wide Asset
c/o Gerald Moore + Assoc.
P.O. Box 723667
Atlanta, GA 31139

Empire Recovery Group Inc
c/o Lyons Douglas + Veldhis
136 Gaituer Drive
Mount Laurel, NJ 08054

The Frisch School
120 West Century Road
Paramus, NJ 07652

The Ben Leumi Bank
54 Wolfson, Street
Tel Aviv, Israel

Tina Kang
33 Washington, Street
Tenafly, NJ 07670

705 West 96 Street
New York, NY. 10025

Four Sons Realty Co.
C/o. Arthur Pajork Esq
684 Bergen Blvd.
Ridgefield, NJ 07657

Four Sons Realty Co.
58-69th Street
Guttenberg, NJ 07093