Nicholas J. Delzotti
Chapter 7 Trustee
9-11 Franklin Street, Suite 303B
Newark, New Jersey 07102
(973) 622-3464 Fax (973) 622-6422

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
MAROM, UZI

:     Case No.09-40186 NLW
      Chapter 7
:     NOTICE OF MOTION AND
      MOTION OF CHAPTER 7
:     TRUSTEE TO DISMISS CASE
:     Hearing Date: 06/07/2010
      Oral Argument Waived

MAROM, UZI

     Office of the United States Trustee
     District of New Jersey
     One Newark Center, Suite 2100
     Newark, New Jersey 07102

NOTICE OF MOTION

TAKE NOTICE that the within motion will be heard before the Honorable NOVALYN L. WINFIELD, United States Bankruptcy Judge, in the courtroom located at Martin Luther King Jr. Federal Building & Court House, 50 Walnut Street, Newark, New Jersey, on the 7th of June, 2010 or as soon thereafter as the matter may be heard.

PLEASE TAKE FURTHER NOTICE that the Chapter 7 Trustee hereby moves this court to dismiss the within case, based upon the Debtors' causing unreasonable delay in the case Prejudicial to creditors and by failing to do the following:

      a.    Failure to provide information as requested by the Trustee within the time frame required.

PLEASE TAKE FURTHER NOTICE that if you wish to oppose this motion you must oppose file a written response with the Bankruptcy Court and serve a copy on the Chapter 7 Trustee at the address set forth in the upper left hand corner of the first page of this document no less than 7 days prior to the above hearing date. If you fail to file a written response to this motion within such time period, the court may treat such failure as a waiver of your right to oppose the motion and may grant the requested relief.

PLEASE TAKE FURTHER NOTICE that the movant will rely upon this pleading, the Certification of the Trustee and on the documents on file herein and such other and further oral and/or documentary evidence as may be represented at the time of the hearing hereon.

PLEASE TAKE FURTHER NOTICE that the movant believes that no brief is necessary in support of the within application due to the fact that the matter involves no complex issues In law or fact.

PLEASE TAKE FURTHER NOTICE that no oral argument is requested and the movant consents to the disposition of this matter on the papers.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

Date: 04/28/2010

                                                            Nicholas J. Delzotti
                                                          /S/Nicholas J. Delzotti