Nicholas J. Delzotti
Chapter 7 Trustee
9-11 Franklin Street Suite 303B
Newark, New Jersey 07102
(973) 622-3464

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          :
MAROM, UZI
                                                :    Case No. 09-40186 NLW
                                                     Chapter 7

                                                :    STATEMENT IN LIEU OF BRIEF
            Debtor (s)                               AND CERTIFICATION OF TRUSTEE

                                                :    Hearing Date: 06/07/2010
                                                     Oral Argument Waived

I, Nicholas J. Delzotti, certify as follows:

1. I am the duly qualified and acting Interim Trustee in the case and move to dismiss the within case under the 11 U.S.C. §§ 305 or 707.

2. The debtor was scheduled to appear at 341(a) hearing on 12/07/2009. There was no appearance.

3. The debtor was rescheduled to appear at a 341(a) hearing on 01/08/2010. At that time information was requested regarding unaccounted profits from Grove Development LLC, Michael Krayn & Re/Max Realty Properties.

4. On March 19, 2010 a letter was sent requesting the above mentioned information. There was no response.

5. As a result of failure to provide information requested, I was unable to examine the debtor as to his/her assets and liabilities. I was unable to file appropriate reports and to properly administer any possible assets of the estate.

6. The following points and authorities are submitted in support of this motion:

   a. Pursuant to 11 U.S.C.§ 521, the debtor shall cooperate with the trustee necessary to enable the trustee to perform the trustee's duties and surrender to the trustee all property of the estate and any recorded information, including books, documents, records and papers, relating to the property of the estate.  Further, pursuant to the property of the estate.  Further, pursuant to 11 U.S.C.§ , the debtor shall appear and submit to an examination under oath at the meeting of creditors under § 341 (a).

   b. The court may dismiss a case under this chapter only after notice and hearing only for cause or if the interest of the debtor and creditors would be better served by dismissal (11 U.S.C. §§ 305 and 707).

6. For the above reasons, the chapter 7 Interim Trustee respectfully requests that this court dismiss this case, and grant such other and further relief as the court may deem appropriate in the circumstances.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false; I am subject to punishment.

Date:04/28/2010                                    /S/Nicholas J. Delzotti
                                                   Nicholas J. Delzotti, Trustee