# U.S. Bankruptcy Court
### District of New Jersey (Newark)
### Bankruptcy Petition #: 09-40186-NLW

|  |  |
|---|---|
| *Assigned to:* Judge Novalyn L. Winfield | *Date filed:* 11/09/2009 |
| Chapter 7 | *Date terminated:* 08/25/2010 |
| Voluntary | *Debtor discharged:* 07/29/2010 |
| No asset | *341 meeting:* 01/08/2010 |
|  | *Deadline for objecting to discharge:* 02/05/2010 |
|  | *Deadline for financial mgmt. course:* 01/21/2010 |

*Debtor disposition:* Standard Discharge

**Debtor**
**Uzi Marom**
P.O. Box 722
Alpine, NJ 07620-0722
BERGEN-NJ
201-750-8696
SSN / ITIN: xxx-xx-2385

represented by **Uzi Marom**
PRO SE

**Trustee**
**Nicholas J. Delzotti**
PO Box 20117
Newark, NJ 07101
973-622-3464

represented by **Nicholas J. Delzotti**
PO Box 20117
Newark, NJ 07101
973-622-3464
Email: nick9151@aol.com

**U.S. Trustee**
**United States Trustee**
One Newark Center, Suite 2100
Newark, NJ 07102
(973) 645-3014

represented by **Donald F. MacMaster**
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102
973-645-3014
Fax : 973-645-5993

| Filing Date | # | Docket Text |
|---|---|---|
| 11/09/2009 | 1<br>(6 pgs) | Chapter 7 Voluntary Petition Filed by Uzi Marom. 45 Day Automatic Dismissal for Incomplete Filings due by 12/28/2009. Schedules A through J due 11/24/2009. Statement of Financial Affairs due 11/24/2009. Summary of schedules due 11/24/2009. Summary of Certain Liabilities due 11/24/2009. Chapter 7 Means Test due 11/24/2009. Notice to Individual Consumer Debtor under 342(b) due 11/24/2009. Incomplete Filings due by 11/24/2009. (jmp) Additional attachment(s) added on 11/10/2009 (rac). (Entered: 11/10/2009) |
| 11/09/2009 |  | Remark: Debtor's street address is 20 Pike Street, Alpine, NJ 07620. (jmp) (Entered: 11/10/2009) |
| 11/09/2009 | 4 | Certificate of Credit Counseling filed by Uzi Marom. (rac) (Entered: |

| | | |
|---|---|---|
| | (1 pg) | |
| 11/09/2009 | [5](#) (2 pgs) | Application to Pay Filing Fees In Installments.(Order Submitted to Judge for Review) .The following parties were served: Debtor, Debtor's Attorney, Trustee and US Trustee. . Signed on 11/9/2009. Second Installment Payment in the amount of $99.00 due on 12/9/2009. Third Installment Payment in the amount of $100.00 due on 1/9/2010. Final Installment Payment in the amount of $100.00 due on or before 2/9/2010. (rac) (Entered: 11/13/2009) |
| 11/10/2009 | | Case Assignment. Judge Novalyn Winfield added to the case. Previous Filer before Judge Winfield: 07-21944; 08-21467. (jmp) (Entered: 11/10/2009) |
| 11/10/2009 | | Receipt of First Installment Payment -- Fee Amount $ 0.00, Receipt Number 509654. Fee received from Uzi Marom (cld) (Entered: 11/10/2009) |
| 11/12/2009 | [2](#) (3 pgs) | Appointment of Trustee.Trustee Nicholas J. Delzotti appointed to case. Meeting of Creditors 341(a) meeting to be held on 12/7/2009 at 02:00 PM at Suite 1401, One Newark Center. Financial Management Course Certificate Due1/21/2010. Last day to oppose discharge or dischargeability is 2/5/2010. (UST Staff12) (Entered: 11/12/2009) |
| 11/12/2009 | [3](#) (2 pgs) | Notice of Missing Documents. (related document:[1](#) Voluntary Petition (Chapter 7) filed by Debtor Uzi Marom). Missing Documents: Statement of Financial Affairs,Summary of Schedule,Summary of Liabilities,Statement of Current Monthly Income and Means Test,Notice to Debtor under 342(b) . Incomplete Filings due by 11/30/2009. (rac) (Entered: 11/12/2009) |
| 11/13/2009 | [6](#) (1 pg) | Notice of Appearance and Request for Service of Notice.. (Weisman, Gilbert) (Entered: 11/13/2009) |
| 11/14/2009 | [7](#) (3 pgs) | BNC Certificate of Mailing. No. of Notices: 3. Service Date 11/14/2009. (Admin.) (Entered: 11/15/2009) |
| 11/15/2009 | [8](#) (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. No. of Notices: 5. Service Date 11/15/2009. (Admin.) (Entered: 11/16/2009) |
| 11/15/2009 | [9](#) (3 pgs) | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 11/15/2009. (Admin.) (Entered: 11/16/2009) |
| 11/17/2009 | [10](#) (1 pg) | Notice of Hearing for Application to Pay Filing Fee in Installments (related document:[5](#) Application to Pay Filing Fees In Installments.). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 12/7/2009 at 09:00 AM at NLW - Courtroom 3D, Newark. (ed) (Entered: 11/17/2009) |
| 11/19/2009 | [11](#) (2 pgs) | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 11/19/2009. (Admin.) (Entered: 11/20/2009) |
| 11/20/2009 | [12](#) (2 pgs) | Notice of Appearance and Request for Service of Notice filed by Joel A. Ackerman on behalf of Counrtywide Home Loans as servicer for Bank of New York as Trustee for the Certificateholders CWABS, Inc. Asset- |

| | | |
|---|---|---|
| | | Backed Certificates, Series 2005-4. (Ackerman, Joel) (Entered: 11/20/2009) |
| 11/23/2009 | [13](#) (1 pg) | Motion to Extend Time to File Missing Schedules (related document:[1](#) Voluntary Petition (Chapter 7) filed by Debtor Uzi Marom) Filed by Uzi Marom. (ccg) (Entered: 11/24/2009) |
| 11/24/2009 | [14](#) (2 pgs) | Order Granting Motion to Extend Time to File Missing Schedules (Related Doc # [13](#)). The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee. Signed on 11/24/2009. Missing Schedules Due by 12/10/2009. (ed) (Entered: 11/24/2009) |
| 11/26/2009 | [15](#) (3 pgs) | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 11/26/2009. (Admin.) (Entered: 11/27/2009) |
| 12/07/2009 | | Minute of Hearing Held, OUTCOME: Approved/Court Order (related document: [10](#) Notice of Hearing for Application to Pay Filing Fee in Installments) (nds) (Entered: 12/11/2009) |
| 12/09/2009 | | Receipt of Second Installment Payment -- Fee Amount $ 100.00, Receipt Number 509948. Fee received from Uzi Marom (cld) (Entered: 12/09/2009) |
| 12/09/2009 | | Notice of Continuance of Meeting of Creditors on 1/8/2010 at 09:00 AM at Suite 1401, One Newark Center (Delzotti, Nicholas) (Entered: 12/09/2009) |
| 12/10/2009 | [16](#) (2 pgs) | Order approving payment of filing fee in installments. (related document:[5](#) Application to Pay Filing Fees In Installments.). The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee and Movant's Attorney. Signed on 12/10/2009. (ed) (Entered: 12/11/2009) |
| 12/11/2009 | [17](#) (30 pgs; 4 docs) | Motion re: NOTICE OF MOTION TO VACATE AUTOMATIC STAY AND IF THIS CASE HAS BEEN DISMISSED TO REOPEN THE CASE FOR THIS LIMITED PURPOSE Filed by Joel A. Ackerman on behalf of Counrtywide Home Loans as servicer for Bank of New York as Trustee for the Certificateholders CWABS, Inc. Asset-BackedCertificates, Series 2005-4. Hearing scheduled for 1/4/2010 at 09:00 AM at NLW - Courtroom 3D, Newark. (Attachments: [1](#) Certification [2](#) Proposed Order [3](#) Certificate of Service) (Ackerman, Joel) (Entered: 12/11/2009) |
| 12/11/2009 | [19](#) (63 pgs) | Missing Document(s): Stmt of Fin Affairs,Sum of Schedule,Stmt of Current Monthly Income and Means Test,Ntc to Debtor under 342(b),Schedules A,B,C,D,E,F,G,H,I,J, filed by Uzi Marom. (smz) (Entered: 12/16/2009) |
| 12/11/2009 | [55](#) | Statement of Social Security filed by Uzi Marom . NO IMAGE AVAILABLE (EXM) (Entered: 06/27/2011) |
| 12/13/2009 | [18](#) (3 pgs) | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 12/13/2009. (Admin.) (Entered: 12/14/2009) |
| 12/22/2009 | [20](#) (1 pg) | Clerk's Notice of Fees Due (related document:[19](#) Missing Document(s) Filed filed by Debtor Uzi Marom) In the Amount of $ 26.00 (smz) (Entered: 12/22/2009) |

| Date | Doc # | Description |
|---|---|---|
| 12/22/2009 | 21 (3 pgs) | Order Respecting Amendment to Schedule(s) DE&F (related document:19 Missing Document(s) Filed filed by Debtor Uzi Marom). The following parties were served: Debtor, Debtor's Attorney, Trustee and US Trustee. Signed on 12/22/2009. (smz) (Entered: 12/22/2009) |
| 12/24/2009 | 22 (4 pgs) | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 12/24/2009. (Admin.) (Entered: 12/25/2009) |
| 12/31/2009 | | Receipt of Fee Amount $ 26.00 for Amendment, Receipt Number 510107. (related document:20 Clerk's Notice of Fees Due). Fee received from Uzi Marom (smz) (Entered: 12/31/2009) |
| 01/04/2010 | | Hearing Rescheduled from 1/4/10. (related document: 17 Motion re: NOTICE OF MOTION TO VACATE AUTOMATIC STAY AND IF THIS CASE HAS BEEN DISMISSED TO REOPEN THE CASE FOR THIS LIMITED PURPOSE Filed by Joel A. Ackerman on behalf of Counrtywide Home Loans as servicer for Bank of New York as Trustee for the Certificateholders CWABS, Inc. Asset-BackedCertificates, Series 2005-4) Hearing scheduled for 1/19/2010 at 09:00 AM at NLW - Courtroom 3D, Newark. (nds) (Entered: 01/06/2010) |
| 01/06/2010 | 23 (1 pg) | Notice of Appearance and Request for Service of Notice filed by Ellen L. Yang on behalf of GMAC. (Yang, Ellen) (Entered: 01/06/2010) |
| 01/07/2010 | 24 (15 pgs) | Document re: Affidavit of Uzi Morom.. (ccg) (Entered: 01/08/2010) |
| 01/11/2010 | | First Meeting Minutes filed by (Delzotti, Nicholas) (Entered: 01/11/2010) |
| 01/13/2010 | | Receipt of Third Installment Payment -- Fee Amount $ 100.00, Receipt Number 510213. Fee received from Uzi Marom (mlc) (Entered: 01/13/2010) |
| 01/19/2010 | | Minute of Hearing Held, OUTCOME: Relief From Stay Effective 3/1/2010; Order To Be Submitted (related document: 17 Motion re: NOTICE OF MOTION TO VACATE AUTOMATIC STAY AND IF THIS CASE HAS BEEN DISMISSED TO REOPEN THE CASE FOR THIS LIMITED PURPOSE Filed by Joel A. Ackerman on behalf of Counrtywide Home Loans as servicer for Bank of New York as Trustee for the Certificateholders CWABS, Inc. Asset-BackedCertificates, Series 2005-4) (nds) (Entered: 01/21/2010) |
| 02/02/2010 | 25 (8 pgs; 4 docs) | Motion to Extend Time To Object to Discharge Filed by United States Trustee. Hearing scheduled for 3/8/2010 at 09:00 AM at NLW - Courtroom 3D, Newark. (Attachments: 1 Memorandum of Law 2 Proposed Order 3 Certificate of Service) (United States Trustee, by Peter J. D'Auria, Trial Attorney) (Entered: 02/02/2010) |
| 02/04/2010 | 26 (1 pg) | Notice of Deficiency for Debtors Certification of Completion of Instructional Course Concerning Financial Management - Official Form B23 for Debtor. Item(s) due before discharge can be issued. To receive a discharge the debtor(s) must file a Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23) by 3/8/2010. (ccg) (Entered: 02/04/2010) |

| | | |
|---|---|---|
| 02/06/2010 | [27](#) (2 pgs) | BNC Certificate of Mailing. No. of Notices: 3. Service Date 02/06/2010. (Admin.) (Entered: 02/07/2010) |
| 02/17/2010 | | Receipt of Final Installment Payment -- Fee Amount $ 99.00, Receipt Number 510545. Fee received from Uzi Marom (mlc) (Entered: 02/17/2010) |
| 03/02/2010 | [28](#) (1 pg) | Certification of Completion of Instructional Course Concerning Financial Management (Official Form 23) Filed by Uzi Marom. (ccg) (Entered: 03/04/2010) |
| 03/08/2010 | [29](#) (2 pgs) | Order granting motion to extend time to object to discharge to April 9, 2010 (Related Doc # [25](#)). The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee and Movant's Attorney. Signed on 3/8/2010. (ed) Modified on 3/10/2010 (ed). (Entered: 03/09/2010) |
| 03/08/2010 | | Minute of Hearing Held, OUTCOME: Granted/Order Signed (related document: [25](#) Motion to Extend Time To Object to Discharge Filed by United States Trustee) (nds) (Entered: 03/10/2010) |
| 03/11/2010 | [30](#) (3 pgs) | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 03/11/2010. (Admin.) (Entered: 03/12/2010) |
| 03/26/2010 | [31](#) (2 pgs) | Document re: Letter by debtor to notify court of adjournment.. (ccg) (Entered: 03/26/2010) |
| 04/09/2010 | [32](#) (9 pgs; 4 docs) | Motion to Extend Time To Object to Discharge, in addition to Motion re: Extend Time To File Motion To Dismiss. Filed by Donald F. MacMaster on behalf of United States Trustee. Hearing scheduled for 5/10/2010 at 09:00 AM at NLW - Courtroom 3D, Newark. (Attachments: [1](#) Certification [2](#) Proposed Order [3](#) Certificate of Service) (MacMaster, Donald) (Entered: 04/09/2010) |
| 04/28/2010 | [33](#) (10 pgs; 5 docs) | Motion to dismiss case by Trustee Filed by Nicholas J. Delzotti on behalf of Nicholas J. Delzotti. Hearing scheduled for 6/7/2010 at 09:00 AM at NLW - Courtroom 3D, Newark. (Attachments: [1](#) Certificate of Service [2](#) Brief [3](#) Proposed Order) (Delzotti, Nicholas) (Entered: 04/28/2010) |
| 05/01/2010 | [34](#) (3 pgs) | BNC Certificate of Mailing - Notice of Hearing to Dismiss Case. No. of Notices: 71. Service Date 05/01/2010. (Admin.) (Entered: 05/02/2010) |
| 05/10/2010 | [35](#) (3 pgs; 2 docs) | Order to extend time to file complaint to object to discharge to June 11,2010 (Related Doc # [32](#)).The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Signed on 5/10/2010. (ed) Modified on 5/26/2010 (dmd). (Entered: 05/11/2010) |
| 05/10/2010 | | Minute of Hearing Held, OUTCOME: Granted/Order Signed (related document: [32](#) Motion to Extend Time To Object to Discharge, in addition to Motion re: Extend Time To File Motion To Dismiss. Filed by Donald F. MacMaster on behalf of United States Trustee) (nds) (Entered: 05/12/2010) |
| 05/13/2010 | [36](#) (3 pgs) | BNC Certificate of Mailing - Order Dismissing Case. No. of Notices: 62. Service Date 05/13/2010. (Admin.) (Entered: 05/14/2010) |
| 05/13/2010 | [37](#) | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date |

| | | |
|---|---|---|
| | (3 pgs) | 05/13/2010. (Admin.) (Entered: 05/14/2010) |
| 05/24/2010 | 38 (5 pgs) | Objection to (related document:33 Motion to dismiss case by Trustee Filed by Nicholas J. Delzotti Hearing scheduled for 6/7/2010 at 09:00 AM at NLW - Courtroom 3D, Newark. filed by Uzi Marom. (ccg) (Entered: 05/26/2010) |
| 05/26/2010 | 39 (1 pg) | General Notice. . (related document:35 Order to extend time to file complaint to object to discharge to June 11,2010 .). (ccg) (Entered: 05/26/2010) |
| 05/26/2010 | | Correction Notice in Electronic Filing (related document:35 Order to extend time to file complaint to object to discharge to June 11,2010 .). Type of Error: incorrect event code, filed by the court. The court has made the correction. (dmd) (Entered: 05/26/2010) |
| 05/28/2010 | 40 (3 pgs) | BNC Certificate of Mailing. No. of Notices: 71. Service Date 05/28/2010. (Admin.) (Entered: 05/29/2010) |
| 06/02/2010 | 41 (1 pg) | Withdrawal of Document (related document:33 Motion to dismiss case filed by Nicholas J. Delzotti on behalf of Nicholas J. Delzotti. (Delzotti, Nicholas) Modified LINK on 6/2/2010 (Giannetti, Claire). (Entered: 06/02/2010) |
| 06/02/2010 | | Correction Notice in Electronic Filing (related document:41 Withdrawal of Document . filed by Trustee Nicholas J. Delzotti). Type of Error: Withdraw of Document filed refers to Motion to Dismiss Case, filed by Nicholas Delzotti. P (cag) (Entered: 06/02/2010) |
| 06/02/2010 | | Hearing Withdrawn (related document:33 Motion to dismiss case by Trustee Filed by Nicholas J. Delzotti on behalf of Nicholas J. Delzotti. Hearing scheduled for 6/7/2010 at 09:00 AM at NLW - Courtroom 3D, Newark. filed by Trustee Nicholas J. Delzotti) (cag) (Entered: 06/02/2010) |
| 06/11/2010 | 42 (8 pgs; 4 docs) | Motion to Extend Time To Object to Discharge Filed by United States Trustee. Hearing scheduled for 7/12/2010 at 09:00 AM at NLW - Courtroom 3D, Newark. (Attachments: 1 Memorandum of Law 2 Proposed Order 3 Certificate of Service) (United States Trustee, by Peter J. D'Auria, Trial Attorney) (Entered: 06/11/2010) |
| 06/14/2010 | 43 (2 pgs) | Order Resolving Motion re: Order Resolving Secured creditor's motion to vacate the automatic stay+. (Related Doc # 17). The following parties were served: Debtor, Debtor 's Attorney, Trustee, US Trustee and Movant 's Attorney. Signed on 6/14/2010. (ed) (Entered: 06/14/2010) |
| 06/14/2010 | 44 (15 pgs) | Document re: Letter by Uzi Marom.(related document:43 Order Resolving Motion re: Order Resolving Secured creditor's motion to vacate the automatic stay+.) (ccg) (Entered: 06/15/2010) |
| 06/16/2010 | 45 (3 pgs) | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 06/16/2010. (Admin.) (Entered: 06/17/2010) |
| 07/12/2010 | 46 (2 pgs) | Order Granting Motion to Extend Time to File Missing Schedules (Related Doc # 42). The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee and Movant's Attorney. Signed on |

| | | |
|---|---|---|
| | | 7/12/2010. Missing Schedules Due by 8/13/2010. (ed) (Entered: 07/13/2010) |
| 07/12/2010 | | Minute of Hearing Held, OUTCOME: Granted/Order Signed (related document: 42 Motion to Extend Time To Object to Discharge Filed by United States Trustee) (nds) (Entered: 07/14/2010) |
| 07/15/2010 | 47 (3 pgs) | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 07/15/2010. (Admin.) (Entered: 07/16/2010) |
| 07/29/2010 | 48 (2 pgs) | Order Discharging Debtor. Signed on 7/29/2010. (dmd) (Entered: 07/29/2010) |
| 07/31/2010 | 49 (4 pgs) | BNC Certificate of Mailing - Order of Discharge and BNC Certificate of Service - No. of Notices: 61. Service Date 07/31/2010. (Admin.) (Entered: 08/01/2010) |
| 08/03/2010 | 50 (1 pg) | Document re: Case closing status letter.. (ccg) (Entered: 08/03/2010) |
| 08/04/2010 | 51 (3 pgs; 2 docs) | Notice of Information for Abandonment re: 20 Pike Street, Alpine, N.J. 07620 filed by Nicholas J. Delzotti on behalf of Nicholas J. Delzotti. Hearing date if Objection filed: 09/07/2010 at 9:00 a.m.. Objections due by 8/24/2010. (Delzotti, Nicholas) (Entered: 08/04/2010) |
| 08/04/2010 | | Chapter 7 Trustee's Report of No Distribution: I, Nicholas J. Delzotti, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 9 months. Assets Abandoned (without deducting any secured claims): $ 1403600.00, Assets Exempt: Not Available, Claims Scheduled: $ 5657268.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 5657268.00. Nicholas J. Delzotti. (Delzotti, Nicholas) (Entered: 08/04/2010) |
| 08/07/2010 | 52 (4 pgs) | BNC Certificate of Mailing - Notice of Sale, Auction or Abandonment. No. of Notices: 70. Service Date 08/07/2010. (Admin.) (Entered: 08/08/2010) |
| 08/25/2010 | 53 (1 pg) | Certification of No Objection in re: Abandonment. (related document:51 Notice of Information for Abandonment re: 20 Pike Street, Alpine, N.J. 07620 filed by Nicholas J. Delzotti on behalf of Nicholas J. Delzotti. Hearing date if Objection filed: 09/07/2010 at 9:00 a.m.. Objections due by 8/24/2010. filed by Trustee Nicholas J. Delzotti). The Clerk hereby certifies that no objection to this Notice of Information has been filed. (ccg) (Entered: 08/25/2010) |
| 08/25/2010 | 54 | Final Decree; The following parties were served: Trustee and US Trustee. |

| | | |
|---|---|---|
| | (1 pg) | (ccg) (Entered: 08/25/2010) |
| 08/25/2010 | | Bankruptcy Case Closed. (ccg) (Entered: 08/25/2010) |
| 02/14/2013 | | Receipt of Fee Amount $ 50.00 ($44.00 for Certification and $6.00 for Copy Work), Receipt Number 519666. .. Fee received from Irene Marron (pam) (Entered: 02/14/2013) |
| 10/31/2013 | | Receipt of Fee Amount $ 11.00, for Certification. Receipt Number 521790. .. Fee received from Irene Marom (rh) Modified DATE on 11/7/2013 (pam). (Entered: 11/06/2013) |
| 11/24/2015 | | Receipt of Fee Amount $ 24.50, Two Certifications and copies. Receipt Number 527610. .. Fee received from Jeffrey Edwards Michaels Attorn (rh) (Entered: 11/25/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/23/2017 09:14:45 | | | |
| **PACER Login:** | kbaum2015 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 09-40186-NLW Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |