

**Law Offices of Kenneth L. Baum LLC**

| 167 Main Street | 99 Church Street, 4th Floor | Phone: 201-853-3030 |
| Hackensack, NJ 07601 | White Plains, NY 10601 | Fax: 201-584-0297 |
| | | kbaum@kenbaumdebtsolutions.com |
| Kenneth L. Baum, Esq. | | www.kenbaumdebtsolutions.com |

July 27, 2017

<u>**Via ECF**</u>
Honorable John K. Sherwood, U.S.B.J.
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ  07102

> Re:   Uzi Marom
>        Case No. 09-40186 (JKS)
>        **Hearing Date: August 8, 2017, at 10:00 a.m.**

Dear Judge Sherwood:

This firm represents the debtor in the above-referenced matter.  Pursuant to my conversation with Ms. Haywood earlier today, this will confirm that the hearing on the debtor's motion to re-open the case and for other relief [Dkt. No. 56] has been adjourned to **September 19, 2017, at 10:00 a.m.**

Thank you for Your Honor's consideration.

Respectfully,

*/s/ Kenneth L. Baum*

Kenneth L. Baum